1  MAYER BROWN LLP
   JOHN P. ZAIMES (SBN 91933)
2   *jzaimes@mayerbrown.com*
   JOHN H. LIEN (SBN 222842)
3   *jlien@mayerbrown.com*
   RUTH ZADIKANY (SBN 260288)
4   *rzadikany@mayerbrown.com*
   350 South Grand Avenue
5  25th Floor
   Los Angeles, CA  90071-1503
6  Telephone: (213) 229-9500
   Facsimile:  (213) 625-0248
7
   Attorneys for Defendant
8  MiaSolé, Inc.

9
                    **UNITED STATES DISTRICT COURT**
10
                    **NORTHERN DISTRICT OF CALIFORNIA**
11
                              **OAKLAND DIVISION**
12

| | |
|---|---|
| MICHAEL LOFSTROM, CHRIS BARBER, EDWARD J. McINERNEY, AND ERICA SIU, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MIASOLÉ, INC.,  a California corporation,<br><br>Defendant. | Case No. C12-5184 LHK<br><br>**[PROPOSED]** ORDER GRANTING DEFENDANT MIASOLÉ, INC'S NOTICE WITHDRAWAL AND SUBSTITUTION OF COUNSEL<br><br>Judge:    The Honorable Lucy H. Koh<br>Location:  Courtroom 8<br><br>Complained Filed:  October 5, 2012 |

**ORDER**

Please take notice that Defendant MiaSolé, Inc. ("MiaSolé") substitutes its counsel and attorney of record in this matter.

Former Counsel

The following counsel is withdrawing as counsel for MiaSolé in this matter:

Daniel J. McCoy
Allen M. Kato
Fenwick & West LLP
555 California Street, 12th Floor
San Francisco, California 94101
Telephone: (415) 875-2464
Facsimile: (415) 281-1350
Email: dmccoy@fenwick.com
akato@fenwick.com

New Counsel

New counsel in this matter for MiaSolé and the new counsel of record on whom all notices and papers may be served is:

John Zaimes (State Bar No. 091933)
Ruth Zadikany (State Bar No. 260288)
MAYER BROWN LLP
350 South Grand Avenue, 25th Floor
Los Angeles, California 90071
Telephone: (213) 229-9500
Facsimile: (213) 645-0248
Email: jzaimes@mayerbrown.com; jlien@mayerbrown.com;
rzadikany@mayerbrown.com

IT IS SO ORDERED.

Dated: December 14, 2012

*Lucy H. Koh*
Lucy H. Koh
United States District Judge