1  MAYER BROWN LLP
   JOHN P. ZAIMES (SBN 91933)
2   *jzaimes@mayerbrown.com*
   JOHN H. LIEN (SBN 222842)
3   *jlien@mayerbrown.com*
   RUTH ZADIKANY (SBN 260288)
4   *rzadikany@mayerbrown.com*
   350 South Grand Avenue
5  25th Floor
   Los Angeles, CA  90071-1503
6  Telephone: (213) 229-9500
   Facsimile:  (213) 625-0248
7
   Attorneys for Defendant
8  MiaSolé, Inc.

9
                    **UNITED STATES DISTRICT COURT**
10
                    **NORTHERN DISTRICT OF CALIFORNIA**
11
                              **OAKLAND DIVISION**
12

| | |
|---|---|
| 13  MICHAEL LOFSTROM, CHRIS BARBER, EDWARD J. McINERNEY, AND ERICA SIU, individually and on behalf of all others similarly situated, | Case No. C12-5184 LHK |
| 14 | **[PROPOSED]** ORDER GRANTING DEFENDANT MIASOLÉ, INC'S NOTICE WITHDRAWAL AND SUBSTITUTION OF COUNSEL |
| 15           Plaintiffs, | |
| 16      v. | Judge:     The Honorable Lucy H. Koh |
| 17  MIASOLÉ, INC.,  a California corporation, | Location:  Courtroom 8 |
| 18           Defendant. | Complained Filed:  October 5, 2012 |

---

[PROPOSED] ORDER GRANTING NOTICE OF SUBSTITUTION OF COUNSEL; CASE NO. C12-5184 LHK
704139485

**ORDER**

Please take notice that Defendant MiaSolé, Inc. ("MiaSolé") substitutes its counsel and attorney of record in this matter.

<u>Former Counsel</u>

The following counsel is withdrawing as counsel for MiaSolé in this matter:

Daniel J. McCoy
Allen M. Kato
Fenwick & West LLP
555 California Street, 12th Floor
San Francisco, California 94101
Telephone: (415) 875-2464
Facsimile: (415) 281-1350
Email: dmccoy@fenwick.com
          akato@fenwick.com

<u>New Counsel</u>

New counsel in this matter for MiaSolé and the new counsel of record on whom all notices and papers may be served is:

John Zaimes (State Bar No. 091933)
Ruth Zadikany (State Bar No. 260288)
MAYER BROWN LLP
350 South Grand Avenue, 25th Floor
Los Angeles, California 90071
Telephone: (213) 229-9500
Facsimile: (213) 645-0248
Email: jzaimes@mayerbrown.com; jlien@mayerbrown.com;
rzadikany@mayerbrown.com

IT IS SO ORDERED.

Dated: December 14, 2012

_____
Lucy H. Koh
United States District Judge

[PROPOSED] ORDER GRANTING NOTICE OF SUBSTITUTION OF COUNSEL; CASE NO. C12-5184 LHK
704139485