1

MAYER BROWN LLP
JOHN P. ZAIMES (SBN 91933)

2

 *jzaimes@mayerbrown.com*
JOHN H. LIEN (SBN 222842)

3

 *jlien@mayerbrown.com*
RUTH ZADIKANY (SBN 260288)

4

 *rzadikany@mayerbrown.com*
350 South Grand Avenue

5

25th Floor
Los Angeles, CA  90071-1503

6

Telephone: (213) 229-9500
Facsimile:  (213) 625-0248

7

Attorneys for Defendant

8

MiaSolé

9

10

11

12

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

13

MICHAEL LOFSTROM, CHRIS BARBER,
EDWARD J. McINERNEY, AND ERICA SIU,

14

individually and on behalf of all others similarly
situated,

15

Plaintiffs,

16

17

v.

MIASOLÉ,  a California corporation,

18

Defendant.

19

Case No. C12-5184 LHK

~~[PROPOSED]~~ **ORDER GRANTING
DEFENDANT MIASOLÉ, INC'S
REQUEST FOR EXTENSION OF TIME
TO FILE ADR CERTIFICATION**

Judge:     The Honorable Lucy H. Koh
Location: Courtroom 8

Complaint Filed:  October 5, 2012

20

21

22

23

24

25

26

27

28

~~PROPOSED~~ ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE ADR CERTIFICATION;
CASE NO. C12-5184 LHK

704550021

1

**ORDER**

2        Good cause appearing therefor, defendant MiaSolé's deadline for filing an ADR

3  Certification by Parties and Counsel is extended to and including January 4, 2013.

4  IT IS SO ORDERED.

5

6  Dated: December 28, 2012                    *Lucy H. Koh*

7                                               Honorable Lucy H. Koh
                                                United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROPOSED ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE ADR CERTIFICATION;
CASE NO. C12-5184 LHK

704550021