1  MAYER BROWN LLP
   JOHN P. ZAIMES (SBN 91933)
2   *jzaimes@mayerbrown.com*
   JOHN H. LIEN (SBN 222842)
3   *jlien@mayerbrown.com*
   RUTH ZADIKANY (SBN 260288)
4   *rzadikany@mayerbrown.com*
   350 South Grand Avenue
5  25th Floor
   Los Angeles, CA  90071-1503
6  Telephone:  (213) 229-9500
   Facsimile:   (213) 625-0248
7
   Attorneys for Defendant
8  MiaSolé

9
                    **UNITED STATES DISTRICT COURT**
10
                    **NORTHERN DISTRICT OF CALIFORNIA**
11
                           **OAKLAND DIVISION**
12

13 | MICHAEL LOFSTROM, CHRIS BARBER, EDWARD J. McINERNEY, AND ERICA SIU, individually and on behalf of all others similarly situated, | Case No. C12-5184 LHK

**[PROPOSED]** **ORDER GRANTING DEFENDANT MIASOLÉ, INC'S REQUEST FOR EXTENSION OF TIME TO FILE ADR CERTIFICATION**

Plaintiffs,

v.

MIASOLÉ, a California corporation,

Defendant.

Judge:    The Honorable Lucy H. Koh
Location: Courtroom 8

Complaint Filed:  October 5, 2012

---

PROPOSED ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE ADR CERTIFICATION;
CASE NO. C12-5184 LHK

704550021

**ORDER**

Good cause appearing therefor, defendant MiaSolé's deadline for filing an ADR Certification by Parties and Counsel is extended to and including January 4, 2013.

IT IS SO ORDERED.

Dated: December 28, 2012

*Lucy H. Koh*

Honorable Lucy H. Koh
United States District Judge