UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL LOFSTROM; CHRIS BARBER; EDWARD J. MCINERNEY; ERICA SIU, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MIASOLE, a California Corporation,<br><br>Defendant. | Case No.: 12-CV-05184-LHK<br><br>ORDER DENYING REQUEST TO VACATE PREVIOUSLY SCHEDULED DEADLINES |

On April 2, 2013, the parties filed a notice stating that, after participating in a one-day private mediation, the parties had settled all issues and claims in this putative class action. The parties state that they are in the process of drafting a formal settlement agreement and supporting documents. The parties expect to reach final agreement on such documentation within the next four weeks. The parties state that they will thereafter make a motion for preliminary settlement approval to the Court. The parties request that the Court vacate all previously scheduled deadlines pending the approval process of the settlement agreement.

The parties' request that the Court vacate all previously scheduled deadlines is DENIED. The Court will not vacate any deadlines until the parties have filed their motion for preliminary approval of the class action settlement.

**IT IS SO ORDERED.**

Dated: April 3, 2013

_____
LUCY H. KOH
United States District Judge

2

Case No.: 12-CV-05184-LHK
ORDER DENYING REQUEST TO VACATE PREVIOUSLY SCHEDULED DEADLINES