**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL LOFSTROM; CHRIS BARBER; EDWARD J. MCINERNEY; ERICA SIU, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>MIASOLE, a California Corporation,<br><br>    Defendant. | Case No.: 12-CV-05184<br><br>ORDER REGARDING FILING OF JOINT CASE MANAGEMENT STATEMENT |

On April 2, 2013, the parties filed a notice stating that, after participating in a one-day private mediation, the parties had settled all issues and claims in this putative class action. ECF No. 32. The parties requested that the Court vacate all pending dates and deadlines. *Id.* The Court declined to vacate any dates or deadlines until the parties file their motion for preliminary approval of the class action settlement. ECF No. 33. Accordingly, the parties' Case Management Conference scheduled for May 13, 2013, at 2:00 p.m. remains as set. *See* ECF No. 25.

Pursuant to Northern District of California Local Rule 16-10(d), the parties were required to file a supplemental Joint Case Management Conference Statement by May 8, 2013, seven days in advance of the May 15, 2013 Case Management Conference. The parties have not filed a statement. The parties are hereby ORDERED to file their Joint Case Management Conference Statement by May 14, 2013 by 4:00 p.m.

1

Case No.: 12-CV-05184
ORDER REGARDING FILING OF JOINT CASE MANAGEMENT STATEMENT

**IT IS SO ORDERED.**

Dated: May 13, 2013

_____
LUCY H. KOH
United States District Judge